**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.        No. 4:09CR00119-01 JLH | |
| DANA WASHBURN | DEFENDANT |

**ORDER**

Pending before the Court is defendant's motion for a continuance of the sentencing hearing currently set for Monday, December 14, 2009. Good cause having been shown, the motion is granted. Document #28.

The sentencing for defendant Dana Washburn is hereby rescheduled for ***THURSDAY, MARCH 18, 2010, at 9:00 a.m.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 10th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE